**LAW OFFICES OF WILLIAM V. PERNIK**
**Roland Soltesz, State Bar Number 229648**
**40 Central Avenue, Suite 4**
**Salinas, California 93901**
**Tel.: (831) 222-3922**
**Fax: (831) 515-3657**

**Attorney for Carlos Benitez Ramirez**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS BENITEZ RAMIREZ, <br><br> Defendant. | Case Number 5:19-cr-00228-LHK-2 <br><br> ~~STIPULATION AND~~ ORDER TO CONTINUE THE STATUS CONFERENCE |

The United States, by and through its counsel of record, and defendant, Carlos Benitez Ramirez, by and through his counsel of record, (collectively, the "Parties"), agree and stipulate:

Whereas, the defendant made his last Court appearance on MAY 20, 2019. On that date, the Court scheduled a status conference for July 31, 2019 ECF No. 12

Whereas, the Parties have been made aware the court is unavailable on July 31, 2019.

Whereas, the Parties agree and stipulate herein that the matter should be continued to the next available court date of ~~August 7, 2019~~ August 1, 2019.

Respectfully submitted,

1

DATED: July 26, 2019         /s/  Jeffrey Backhus
                             JEFFREY A. BACKHUS
                             Assistant United States Attorney


                             /s/  Roland Soltesz
                             ROLAND SOLTESZ
                             Attorney for Carlos Benitez Ramirez

LAW OFFICES OF
WILLIAM V. PERNIK

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | Upon agreement and stipulation of the United States, the defendant Carlos Benitez Ramirez, and |
| 3 | their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that, the |
| 4 | status conference is hereby continued until ~~August 7, 2019~~. August 1, 2019 |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: ~~July 26, 2019~~ July 29, 2019 |

_/s/ Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge

LAW OFFICES OF
WILLIAM V. PERNIK